STATE OF NEW JERSEY v. ROBERT W. SIMMONS.

February 28, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM P. THOMAS.

February 28, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS STASIO.

February 28, 1978. Petition for certification granted.

STATE OF NEW JERSEY v. CHARLES KEELY.

February 28, 1978. Petition for certification denied. (See 153 *N. J. Super.* 18)

RONNIE BENNETT v. HOWARD PERDUN, JR., & SONS.

February 28, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. DANNY WILSON.

February 28, 1978. Petition for certification denied.